IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| Catherine A. Morgan, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. |
| ) | 11-1202-CV-W-JTM |
| Michael J. Astrue, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## O R D E R

On Friday, November 30, 2012, the Court heard oral argument on the *Plaintiff's Social Security Brief,* filed June 8, 2012, [Doc. 13] and the *Brief For Defendant*, filed August 22, 2012, [Doc. 16]. After due consideration of the issues presented, and for the reasons set forth by the Court at the conclusion of the oral argument, it is

**ORDERED** that the conclusion of the Commissioner is **AFFIRMED**.

                                               */s/ John T. Maughmer*
                                            **JOHN T. MAUGHMER**
                                            **U. S. MAGISTRATE JUDGE**